# **Exhibit 1 to Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>HERITAGE HOME GROUP, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br>Case No. 18-11736 (BLS)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of HERITAGE HOME GROUP, LLC, *et al.*,<br><br>Plaintiff,<br>v.<br>KPS SPECIAL SITUATIONS FUND III (A), L.P.; KPS SPECIAL SITUATIONS FUND III, LP; KPS SPECIAL SITUATIONS FUND III (SUPPLEMENTAL), LP; KPS SPECIAL SITUATIONS FUND III (AIV), LP; KPS OFFSHORE INVESTORS LTD.; KPS CAPITAL PARTNERS, LP; KPS CAYMAN MANAGEMENT III LTD.; KPS INVESTORS III, LTD.; KPS INVESTORS III, LP; KPS INVESTORS III (AIV), LP; KPS INVESTORS III (AIV), LTD.,<br><br>Defendants,<br><br>PNC BANK, NATIONAL ASSOCIATION,<br><br>Nominal Defendant. | Adv. Proc. No. 20-50772 (BLS) |

## SECOND STIPULATION FOR FURTHER EXTENSION OF TIME FOR THE KPS DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff, Alfred T. Giuliano in his capacity as chapter 7 trustee of Heritage Home Group, LLC, *et al.*, (the "Plaintiff"), for the estates of the above-captioned debtors (the "Debtors") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), by and through his undersigned counsel and defendants: KPS Special Situations Fund III (A), L.P., KPS Special Situations Fund III, LP, KPS Special Situations Fund

---

[1] The "Debtors" in these cases, along with the last four digits of each Debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506) ("HHG"); HH Global II B.V. (0165) ("HH Global II"); HH Group Holdings US, Inc. (7206) ("HHG Holdings"); HHG Real Property LLC (3221) ("HHG Property"); and HHG Global Designs LLC (1150) ("HHG Designs").

DOCS_DE:230139.3 31270/002

III (Supplemental), LP, KPS Special Situations Fund III (AIV), LP, KPS Offshore Investors Ltd., KPS Capital Partners, LP, KPS Cayman Management III Ltd., KPS Investors III, Ltd., KPS Investors III, LP, KPS Investors III (AIV), LP, and KPS Investors III (AIV), Ltd. (collectively, the "KPS Defendants," and together with Plaintiff, the "Parties"), enter into this *Second Stipulation for Further Extension of Time for the KPS Defendants to Answer, Move or Otherwise Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1. Except as provided in paragraph 2 below, the Parties agree and stipulate that the time within which KPS Defendants may answer, move, or otherwise plead in response to the *Complaint* [D.I. 1] in the above-captioned adversary proceeding is hereby extended to and including October 26, 2020.

2. The KPS Defendants agree that personal jurisdiction, process, service of process, and venue are proper and sufficient in this case and waives any defenses under Fed. R. Civ. P. 12(b)(2), (3), (4), and (5), made applicable in this adversary proceeding by Fed. R. Bankr. P. 7012(b).

*[Remainder of page intentionally left blank.]*

3. Except as specifically set forth herein, all rights, claims and defenses of the Parties are fully preserved.

Dated: September 3, 2020         **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
John A. Morris (NY Bar No. 2405397)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Phone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
          jmorris@pszjlaw.com
          crobinson@pszjlaw.com
          pkeane@pszjlaw.com

*Counsel to Plaintiff, Alfred T. Giuliano, Chapter 7 Trustee for the Estates of Heritage Home Group, LLC, et al.*

-and-

Dated: September 3, 2020         **COZEN O'CONNOR**

*/s/ Mark E. Felger*
Mark E. Felger (DE Bar No. 3919)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Phone: (302) 295-2000
Email: mfelger@cozen.com

And

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Jeffrey D. Saferstein, Esquire
Jacob A. Adlerstein, Esquire
Sarah Harnett, Esquire
1285 Avenue of the Americas
New York, NY  10019
Phone:  (212) 373-3000
Email: jsaferstein@paulweiss.com
          jadlerstein@paulweiss.com

*Counsel for the KPS Defendants*