# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>HERITAGE HOME GROUP, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br>Case No. 18-11736 (BLS)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of HERITAGE HOME GROUP, LLC, *et al.*,<br><br>Plaintiff,<br>v.<br>KPS SPECIAL SITUATIONS FUND III (A), L.P.; KPS SPECIAL SITUATIONS FUND III, LP; KPS SPECIAL SITUATIONS FUND III (SUPPLEMENTAL), LP; KPS SPECIAL SITUATIONS FUND III (AIV), LP; KPS OFFSHORE INVESTORS LTD.; KPS CAPITAL PARTNERS, LP; KPS CAYMAN MANAGEMENT III LTD.; KPS INVESTORS III, LTD.; KPS INVESTORS III, LP; KPS INVESTORS III (AIV), LP; KPS INVESTORS III (AIV), LTD.,<br><br>Defendants,<br><br>PNC BANK, NATIONAL ASSOCIATION,<br><br>Nominal Defendant. | Adv. Proc. No. 20-50772 (BLS)<br><br><br><br><br><br><br><br><br><br><br><br>**Ref. Docket Nos. 1, 5, 8, 11, 14 and 17 and 19** |

## ORDER APPROVING SIXTH STIPULATION FOR FURTHER EXTENSION OF TIME FOR THE KPS DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Upon consideration of the *Sixth Stipulation for Further Extension of Time for the KPS Defendants to Answer, Move or Otherwise Respond to the Complaint* (the "Stipulation") filed by the Chapter 7 Trustee and the KPS Defendants; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

---

[1] The "Debtors" in these cases, along with the last four digits of each Debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506) ("HHG"); HH Global II B.V. (0165) ("HH Global II"); HH Group Holdings US, Inc. (7206) ("HHG Holdings"); HHG Real Property LLC (3221) ("HHG Property"); and HHG Global Designs LLC (1150) ("HHG Designs").

1. The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: February 22nd, 2021 Wilmington, Delaware

BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE