# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>HERITAGE HOME GROUP, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br>Case No. 18-11736 (BLS)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of HERITAGE HOME GROUP, LLC, *et al.*,<br><br>Plaintiff,<br>v.<br>KPS SPECIAL SITUATIONS FUND III (A), L.P.; KPS SPECIAL SITUATIONS FUND III, LP; KPS SPECIAL SITUATIONS FUND III (SUPPLEMENTAL), LP; KPS SPECIAL SITUATIONS FUND III (AIV), LP; KPS OFFSHORE INVESTORS LTD.; KPS CAPITAL PARTNERS, LP; KPS CAYMAN MANAGEMENT III LTD.; KPS INVESTORS III, LTD.; KPS INVESTORS III, LP; KPS INVESTORS III (AIV), LP; KPS INVESTORS III (AIV), LTD.,<br><br>Defendants,<br><br>PNC BANK, NATIONAL ASSOCIATION,<br><br>Nominal Defendant. | Adv. Proc. No. 20-50772 (BLS)<br><br>**Ref. Adv. Docket Nos. 1, 5, 8, 11, 14, 17, and 20** |

**CERTIFICATION OF COUNSEL REQUESTING ENTRY OF ORDER APPROVING SEVENTH STIPULATION FOR FURTHER EXTENSION OF TIME FOR THE KPS DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

The undersigned hereby certifies as follows:

1. On July 29, 2020, plaintiff Alfred T. Giuliano was appointed as the

chapter 7 trustee (the "Plaintiff" or "Trustee") to the estates of the above-captioned debtors (the

---

[1] The "Debtors" in these cases along with the last four digits of each Debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506) ("HHG"); HH Global II B.V. (0165) ("HH Global II"); HH Group Holdings US, Inc. (7206) ("HHG Holdings"); HHG Real Property LLC (3221) ("HHG Property"); and HHG Global Designs LLC (1150) ("HHG Designs").

"Debtors"), filed the *Complaint* (the "Complaint") with the U.S. Bankruptcy Court for the District of Delaware (the "Court") against defendants KPS Special Situations Fund III (A), L.P., KPS Special Situations Fund III, LP, KPS Special Situations Fund III (Supplemental), LP, KPS Special Situations Fund III (AIV), LP, KPS Offshore Investors Ltd., KPS Capital Partners, LP, KPS Cayman Management III Ltd., KPS Investors III, Ltd., KPS Investors III, LP, KPS Investors III (AIV), LP, and KPS Investors III (AIV), Ltd. (collectively, the "KPS Defendants" together with Plaintiff, the "Parties") and nominal defendant, PNC Bank, National Association.

2. On February 22, 2021, the Court entered the *Order Approving Sixth Stipulation for Extension of Time for the KPS Defendants to Answer, Move, or Otherwise Respond to the Complaint* [Adv. Docket No. 20] which extended the deadline to June 24, 2021 for the KPS Defendants.

3. The Plaintiff and the KPS Defendants have agreed and entered into a stipulation, subject to this Court's approval, to further extend KPS Defendants time to answer or respond to the Plaintiff's complaint against the KPS Defendants. Attached hereto as **Exhibit A** is a proposed form of order approving the stipulation. The stipulation is attached as Exhibit 1 to the proposed form of order.

4. Accordingly, the Plaintiff and the KPS Defendants request that this Court enter the proposed form of order.

| | |
|---|---|
| Dated:  June 2, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | John A. Morris (NY Bar No. 2405397) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899 (Courier 19801) |
| | Phone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: bsandler@pszjlaw.com |
| |        jmorris@pszjlaw.com |
| |        crobinson@pszjlaw.com |
| |        pkeane@pszjlaw.com |
| | |
| | *Counsel to Alfred T. Giuliano, Chapter 7 Trustee* |