## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> HERITAGE HOME GROUP, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 7 <br> Case No. 18-11736 (BLS) <br><br> (Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of HERITAGE HOME GROUP, LLC, *et al.*, <br><br> Plaintiff, <br> v. <br> KPS SPECIAL SITUATIONS FUND III (A), L.P.; KPS SPECIAL SITUATIONS FUND III, LP; KPS SPECIAL SITUATIONS FUND III (SUPPLEMENTAL), LP; KPS SPECIAL SITUATIONS FUND III (AIV), LP; KPS OFFSHORE INVESTORS LTD.; KPS CAPITAL PARTNERS, LP; KPS CAYMAN MANAGEMENT III LTD.; KPS INVESTORS III, LTD.; KPS INVESTORS III, LP; KPS INVESTORS III (AIV), LP; KPS INVESTORS III (AIV), LTD., <br><br> Defendants, <br><br> PNC BANK, NATIONAL ASSOCIATION, <br><br> Nominal Defendant. | Adv. Proc. No. 20-50772 (BLS) <br><br><br><br><br><br> **Ref. Docket Nos. 1, 5, 8, 11, 14, 17, and 20 and 22** |

### ORDER APPROVING SEVENTH STIPULATION FOR FURTHER EXTENSION OF TIME FOR THE KPS DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Upon consideration of the *Seventh Stipulation for Further Extension of Time for the KPS Defendants to Answer, Move or Otherwise Respond to the Complaint* (the "Stipulation") filed by the Chapter 7 Trustee and the KPS Defendants; and the Court having reviewed the

---

[1] The "Debtors" in these cases, along with the last four digits of each Debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506) ("HHG"); HH Global II B.V. (0165) ("HH Global II"); HH Group Holdings US, Inc. (7206) ("HHG Holdings"); HHG Real Property LLC (3221) ("HHG Property"); and HHG Global Designs LLC (1150) ("HHG Designs").

Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

      1.      The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

      2.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: June 3rd, 2021**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**